IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          )
                                  )
          v.                      )     Criminal No. 02-173
                                  )
ANDREW DYNYS                      )


ORDER OF COURT

AND NOW, to wit, this 3rd day of May , 2006,

upon consideration of the Motion to Dismiss Indictment, heretofore

filed by the United States of America, IT IS HEREBY ORDERED that

said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No.

02-173 as against defendant Andrew Dynys is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE


cc:  Counsel for Defendant
     United States Attorney
     United States Marshals Service
     Pretrial Services